**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7244**

———————

CHARLES WRIGHT,

Plaintiff - Appellant,

versus

GENE JOHNSON, Deputy Director; DAVID A.
GARRAGHTY, Chief Warden; RUFUS FLEMING,
Regional Director; S. AVENT, Associate Warden;
BELINDA CARABALLO, Unit Manager; SERGEANT
HAYHURST, Investigator; R. BAILEY, Lab
Technician,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-01-215-3)

———————

Submitted: January 31, 2002      Decided: February 6, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Wright, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Wright appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wright v. Johnson</u>, No. CA-01-215-3 (E.D. Va. July 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>